[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 14, 2008
THOMAS K. KAHN
CLERK

No. 06-15196
Non-Argument Calendar

_____

D. C. Docket No. 03-00648-CR-1-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCELLUS LEVAN HENDERSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(May 14, 2008)**

Before TJOFLAT, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Adam M. Hames, appointed counsel for Marcellus Levan Henderson in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Henderson's convictions and sentences are **AFFIRMED**. We also **DENY** Henderson's motions to appoint new counsel and to file a supplemental brief.